# ATTACHMENT A

The property to be searched is Acorn Storage Unit # 78 located at 364 Old Corvallis Road in Corvallis, Ravalli County, Montana. The unit appears to be a single unit with two padlocks securing the door. The door is metal and cream in color with green trim. The unit number 78 is centered above the unit door.

