## ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. §§ 922(a)(1), include the following:

1. Firearms inside the Target Unit;
2. Ammunition inside the Target Unit that is used for the firearms;
3. Documentary evidence establishing lease and evidence of use by Kevin JAKUB, and others, in the Target Unit;