## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 22-12-M-KLD |
| Acorn Storage Unit #78 located at 364 Old Corvallis Road in Corvallis, Ravalli County, Montana. | ORDER |

The warrant in the above-entitled matter having been executed and returned

- together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 15th day of March, 2022

Kathleen L. DeSoto
United States Magistrate Judge

1